Electronically Filed
3/6/2017 9:46:40 AM
Hidalgo County District Clerks
Reviewed By: Noemi Lamas

CAUSE NO. C-0532-17-F

| | | |
|---|---|---|
| ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY as subrogee of JOSE AND MARIA PENA, | § § § § | IN THE DISTRICT COURT OF |
| *Plaintiff*, | § § | |
| v. | § § | HIDALGO COUNTY, TEXAS |
| A.O. SMITH CORPORATION, | § § § | |
| *Defendant*. | § | 332ND JUDICIAL DISTRICT |

## DEFENDANT A.O. SMITH CORPORATION'S ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant A.O. Smith Corporation ("A.O. Smith") files its Original Answer and Affirmative Defenses to Plaintiff's, Allstate Vehicle and Property Insurance Company as subrogee of Jose and Maria Pena ("Plaintiff"), Original Petition and in support thereof would show:

## GENERAL DENIAL

1. Pursuant to Texas Rule of Civil Procedure 92, A.O. Smith denies each and every allegation contained in Plaintiff's Original Petition, and any amendments or supplements thereto, and, accordingly, demands strict proof thereof by a preponderance of the evidence, as is required by the Constitution and the laws of the State of Texas.

## AFFIRMATIVE DEFENSES

2. For further answer, if same be necessary, independent or intervening causes proximately caused or produced Plaintiff's alleged damages, if any.

3. For further answer, if same be necessary, Plaintiff's actions, conduct, or omissions proximately caused or produced all or part of Plaintiff's alleged damages, if any.

4. For further answer, if same be necessary, the actions, conduct, or omissions of


EXHIBIT A

those other than A.O. Smith, proximately caused or produced all or part of Plaintiff's alleged damages, if any.

5. For further answer, if same be necessary, A.O. Smith asserts the defense of assumption of risk.

6. For further answer, if same be necessary, A.O. Smith asserts that the product at issue was designed, manufactured, inspected, tested, and assembled in accordance with then-existing scientific knowledge and availability.

7. For further answer, if same be necessary, A.O. Smith asserts the defense of failure to mitigate damages.

## REQUESTS FOR DISCLOSURE

8. Pursuant to Texas Rules of Civil Procedure 194, A.O. Smith requests that Allstate Vehicle and Property Insurance Company as subrogee of Jose and Maria Pena, discloses, within 30 days of service of this request, the information or materials described in Rule 194.2 (a) – (l).

## PRAYER

WHEREFORE, Defendant A.O. Smith Corporation prays that Plaintiff take nothing by way of this action, that A.O. Smith recovers its costs and expenses, and for such other and further relief to which A.O. Smith Corporation may be justly entitled to receive.

Respectfully submitted,

JOHNSON DELUCA KURISKY & GOULD, PC

By: */s/ Adam R. Diamond*
Bradley L. DeLuca
Texas State Bar No.: 05653800
bdeluca@jdkglaw.com
Adam R. Diamond
Texas State Bar No.: 24092344
adiamond@jdkglaw.com
4 Houston Center

1221 Lamar, Suite 1000
Houston, Texas 77010
(713) 652-2525
(713) 652-5130 Fax

**ATTORNEYS FOR DEFENDANT
A.O. SMITH CORPORATION**

**CERTIFICATE OF SERVICE**

I hereby certify that, on the 6th day of February, 2017, a true and correct copy of the above document was forwarded to all parties of record via ECF Electronic Filing, Electronic Mail, Certified Mail, Facsimile, Regular Mail and/or Hand Delivery:

*<u>Via Electronic Mail: wsebesta@ds-lawyers.com; rpoelma@ds-lawyers.com</u>*
William T. Sebesta
Randall J. Poelma
Doyen Sebesta, Ltd., LLP
450 Gears Road, Suite 350
Houston, Texas 77067

/s/ Adam R. Diamond
Adam R. Diamond