UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, | § § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 7:17-CV-68 |
| | § § | |
| A.O. SMITH CORPORATION, | § § § | |
| Defendant. | § | |

## ORDER

The Court now considers the "Agreed Stipulation for Dismissal With Prejudice."[1] Federal Rule of Civil Procedure 41(a)(1)(A)(ii) provides for dismissal without a court order when the stipulation of dismissal is signed by all parties who have appeared.[2] Here, the stipulation of dismissal is signed by all parties who have appeared,[3] and the parties stipulate to dismiss *with prejudice*.[4] Thus, the case is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 8th day of February, 2018.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 18.
[2] Fed. R. Civ. P. 41(a)(1)(A)(ii).
[3] Dkt. No. 18, at p. 2.
[4] *Id.* at ¶ 2.